ABRAM & MEELL, P.A.
ATTORNEYS AT LAW
2020 N. Central Avenue, Suite 690
PHOENIX, ARIZONA 85004
(602) 254-7041
Gregory J. Meell, State Bar No. 012526
gmeell@abrammeell.com
Attorneys for FLP Parties
Gregory J. Meell, State Bar No. 012526

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| FLP, LLC<br>    Plaintiff,<br>vs.<br>KIMBERLY WOLF<br>    Defendant<br><br>Liv-IT! LLC<br>    Plaintiff,<br>vs.<br>FLP, LLC, et. al.<br>    Defendants | Case No. 2:17-cv-00214-DGC<br><br>**FLP LLC's EXHIBITS 1 THROUGH 12 TO OCTOBER 1, 2018 STATEMENT OF FACTS**<br><br>Case No. 2:17-CV-00773-DGC (Consolidated) |

1. Affidavit of Paul Croisdale.

2. Affidavit of Kris Halvorson.

3. 1s FLP Application

4. 2nd FLP Application.

5. Ningbo Ayuan Imports Purchase Order and product exemplars and sell sheets.

6. December 8, 2015 USPTO Application for Registration Serial No. 86843198.

7. FLP's March 1, 2016 letter to Kimberly Wolf.

8. March 1, 2016 attorney from Wolf, Louis P. Alex.

9. March 23, 2016 the USPTO issued its Approval for Publication re FLP Mark.

10. March 30, 2016, the USPTO Office Action suspending prosecution of the Wolf Parties' December 5, 2015 Application 86843198 due to FLP's pending Applications and the confusing similarity of the Wolf's Mark to FLP Mark.

11. April 28, 2016, USPTO Office Action refusing the Wolf Parties' failed Application due March 23, 2016 the USPTO Approval for Publication re FLP Mark attached.

12. June 8, 2016 letter to Attorney Alex.

Respectfully submitted on October 1, 2018

By *Gregory J. Meell*

Gregory J. Meell
Abram & Meell, PA
201 North Central, Suite 2400
Phoenix, Arizona 85073
Attorneys for Plaintiff FLP

**CERTIFICATE OF e-TRANSMISSION AND SERVICE**

Gregory J. Meell, Esq certifies that on October 1, 2018 I electronically transmitted to the Clerk of this Court for filing with the Court the original of the foregoing Exhibits and, by e-service, provided a copy of it to Jay Calhoun, The Calhoun Law Firm, PLC, P.O. Box 2995, Tempe, Arizona 85280 / email address firm@law4sb.com, the attorney for Liv-IT! and Kimberly Wolf.

Dated October 1, 2018

By *Gregory J. Meell*