ABRAM & MEELL, P.A.
ATTORNEYS AT LAW
2020 N. Central Avenue, Suite 690
PHOENIX, ARIZONA  85004
(602) 254-7041
Gregory J. Meell, State Bar No.  012526
gmeell@abrammeell.com
Attorneys for FLP Parties
Gregory J. Meell, State Bar No. 012526

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| FLP, LLC | Plaintiff, | Case No.  2:17-cv-00214-DGC |
| vs. | | **FLP LLC's EXHIBITS 13 THROUGH 17 TO OCTOBER 1, 2018 STATEMENT OF FACTS** |
| KIMBERLY WOLF | Defendant | |
| Liv-IT! LLC | Plaintiff, | Case No.  2:17-CV-00773-DGC (Consolidated) |
| vs. | | |
| FLP, LLC, et. al. | Defendants | |

13.     USPTO Trademark Status & Document Retrieval (TSDR) re: Application 86815138 Report at page 2 of 2 referencing August 26, 2016 termination of the extensions of time to oppose FLP's 2nd Application.

14.     October 4, 2016, the USPTO notice granting FLP's 2nd Application for Registration of the "LIVIT" mark.

15.     ; October 12, 2016 the USPTO Suspension letter to the Wolf Parties.

16.     May 4, 2017 FLP's counsel transmitted to the Wolf Parties' a letter asking that the Wolf Parties., May 4, 2017 email from Wolf's counsel, May 5, 2017 letter to Wolf's counsel, May 7, 2017 Letter to Wolf's counsel, May 10, 2018 email to Wolf's

00147223.DOC

1 counsel, May 10, 2018 email from Wolf's counsel and May 11, 2018 Letter to Wolf's counsel.

17. October 4 and 6, 2018 emails transmitting purchase order information.

Respectfully submitted on October 1, 2018

By *Gregory J. Meell*

Gregory J. Meell
Abram & Meell, PA
201 North Central, Suite 2400
Phoenix, Arizona 85073
Attorneys for Plaintiff FLP

**CERTIFICATE OF e-TRANSMISSION AND SERVICE**

Gregory J. Meell, Esq certifies that on October 1, 2018 I electronically transmitted to the Clerk of this Court for filing with the Court the original of the foregoing Exhibits and, by e-service, provided a copy of it to Jay Calhoun, The Calhoun Law Firm, PLC, P.O. Box 2995, Tempe, Arizona 85280 / email address firm@law4sb.com, the attorney for Liv-IT! and Kimberly Wolf.

Dated October 1, 2018

By *Gregory J. Meell*