**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Liv-IT! LLC, an Illinois limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>FLP, LLC, an Arizona limited liability company, et al.,<br><br>Defendants. | No.  CV17-0214 PHX DGC<br>     CV17-0773 PHX DGC<br>     (Consolidated)<br><br>**ORDER** |

In a minute entry dated April 4, 2019, Magistrate Judge Deborah M. Fine indicates that this case has settled and that the parties were instructed to prepare a more formal settlement agreement with all terms within ten business days.

**IT IS ORDERED:**

1. This matter will, without further Order of this Court, be dismissed with prejudice within 14 days of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date.

2. All pending hearings and deadlines are vacated.

3. All pending motions are found to be moot.

4. The Clerk is directed to **terminate** this matter on **May 9, 2019** without further leave of Court.

Dated this 25th day of April, 2019.

_David G. Campbell_
David G. Campbell
Senior United States District Judge